Microsoft Word - KESTLER Notice of Dismissal-11-21-11 - show_... https://ecf.mdd.circ4.dcn/cgi-bin/show_temp.pl?file=3478045-0-mdd...

Case 1:11-cv-02825-RDB   Document 6   Filed 03/01/13   Page 1 of 1
Case 1:11-cv-02825-RDB   Document 5   Filed 11/21/11   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TAMMY KESTLER

    Plaintiff.

V.                                                 CIVIL ACTION NO.
                                                      1:11-cv-02825-RDB

NCO FINANCIAL SYSTEMS, INC.

    Defendant.                                     NOVEMBER 21, 2011

### NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                  THE PLAINTIFF

                                                  BY /S/Bernard T. Kennedy
                                                  Bernard T. Kennedy, Esquire
                                                  The Kennedy Law Firm
                                                  P.O. Box 657
                                                  Edgewater, MD 21037
                                                  Ph (443) 607-8901
                                                  Fax (443) 607-8903
                                                  Fed. Bar # Md26843
                                                  bernardtkennedy@yahoo.com

Request GRANTED This 1st Day of March, 2013.

*Richard D. Bennett (signature)*
Richard D. Bennett
United States District Judge